# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

February 15, 2012

The Honorable Richard G. Andrews  
Untied States District Court  
844 North King Street  
Wilmington, DE  19801

VIA ELECTRONIC FILING  
and HAND DELIVERY

Re:   *Future Fibre Technologies Ltd. Pty. ("FFT") v. Optellios, Inc.*,  
District of Delaware C.A. No. 09-346-RGA

Dear Judge Andrews:

The parties to the above action have received the Court's February 8, 2012 Order regarding the parties' Renewed Joint Motion to Correct Inventorship Pursuant to 35 U.S.C. § 256 (Docket No. 284 ("the Renewed Motion")) and have discussed the best way to provide an opportunity to be heard regarding the Renewed Motion to Drs. Patel and Zhuang (the two currently named inventors who have not submitted declarations in support of the Renewed Motion). The parties respectfully suggest that the fairest and most efficient way to proceed would be for the Court to issue a Scheduling Order:  (1) providing Drs. Patel and Zhuang the opportunity within 15 days of their receipt of the Scheduling Order to submit a written response to the Renewed Motion and to advise the Court whether they intend to participate in a hearing on the merits of the Renewed Motion, and (2) converting the status conference currently scheduled for March 16, 2012 at 9:30 a.m. into such a hearing, at which the parties and, if they so choose, Dr. Patel and/or Dr. Zhuang can appear and be heard.

The parties are available by telephone at the Court's convenience to discuss their suggestion and to answer any questions the Court might have regarding the background of the Renewed Motion.

Respectfully,

*/s/ John G. Day*

John G. Day

cc:   Jack B. Blumenfeld, Esquire (via electronic mail)  
David I. Gindler, Esquire (via electronic mail)  
Marshall J. Schmitt, Esquire (via electronic mail)  
Carlo M. Cotrone, Esquire (via electronic mail)  
Jeffrey S. Ward, Esquire (via electronic mail)

{00603091;v1}