## ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

April 3, 2012

The Honorable Richard G. Andrews                                   VIA ELECTRONIC FILING
Untied States District Court
844 North King Street
Wilmington, DE  19801

      Re:   *Future Fibre Technologies Ltd. Pty.  v. Optellios, Inc.,*
              C.A. No. 09-346-RGA

Dear Judge Andrews:

      Pursuant to the Court's direction at the March 16, 2012 hearing on the parties' Renewed Joint Motion to Correct Inventorship of the 7,142,736 patent (D.I. 284, "the Motion"), we are filing today my Affidavit of Mailing and the Declaration of William A. Frezza, which describe our efforts to provide notice of the Motion and the Court's February 8, 2012 Order (D.I. 288) to Jayantilal S. Patel, and to confirm that the email address we used for such notice remains valid and a reasonable way of providing notice to Dr. Patel.  We are available at the Court's convenience should Your Honor have any questions concerning this matter.

Respectfully,

*/s/ John G. Day*

John G. Day

JGD/nml

cc:    Jack B. Blumenfeld (via electronic mail)
        David I. Gindler (via electronic mail)
        Marshall J. Schmitt (via electronic mail)
        Jeffrey S. Ward (via electronic mail)

{00619339;v1}