# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FUTURE FIBRE TECHNOLOGIES PTY. LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OPTELLIOS, INC., ) <br> ) <br> Defendant. ) | C.A. No: 09-346 (RGA) |

## ORDER CORRECTING INVENTORSHIP

Upon notice to all parties concerned and having heard from all parties concerned, the Court **ORDERS** that Brian Bourke and Lee McIntosh shall be added as inventors to United States Patent No. 7,142,736 and that the Director of the United States Patent and Trademark Office shall issue a certificate accordingly.

Entered this 4th day of April, 2012

Hon. Richard G. Andrews
United States District Judge